### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-02238-LTB-CBS

GERALD WOLF,
        Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,
        Defendants.
_____

### ORDER
_____

Upon Plaintiff's Request for Rescheduling of Preliminary Scheduling Hearing (Doc 11 - filed November 8, 2005), it is

ORDERED that the Request is DENIED as to Thomas L. Roberts and GRANTED as to Jeffrey R. Anderson.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

DATED: November 9, 2005